### Smith ag$^t$ Herris

John Smith or his lawfull Attourny plaint. ag$^t$ Tho: Herris Defend$^t$ in. an action of the case for not paying the Summe of Four pound two Shillings six pence money due upon ball$^a$ of acco$^t$ beigining. 18. Feb$^r$ 1677. . . . The Jury . . . found for the Defend$^t$ costs of Court.

### Whightfoote ag$^t$ Arnall

Giles Whightfoote plaint. ag$^t$ John Arnall Defend$^t$ in an action of the case for not paying the Summe of Fifty Shillings in money due for two barrells of Molasses as shalbee made appeare by evidence. . . . The Jury . . . found for the plaint. Fifty Shillings in money and costs of Court twenty one Shilling eight pence.

Execucion issued: 31$^o$ 8$^{br}$ 78.

### Herris ag$^t$ Smith

Thomas Herris plaint. ag$^t$ John Smith Defend$^t$ in an action of debt of Seventeen pounds in money due by booke w$^{th}$ damages. . . . The Jury . . . found for the Defend$^t$ costs of Court

### Arnall ag$^t$ French

Joseph Arnall junio$^r$ or his Attourny plaint. ag$^t$ William French Defend$^t$ Jn$^o$ Arnall appearing as Attourny for his Brother, having no power to prosecute any action of Slander was nonsuted, and costs granted the Defend$^t$

### Waldron ag$^t$ Henderson

Js$^a$ Waldron or his Attourny plaint. ag$^t$ W$^m$ Henderson Defend$^t$ The plaint. was non suted in failure of process not Suing by way of reveiw.

### Peck ag$^t$ Arnall

John Peck plaint. ag$^t$ John Arnall Defend$^t$ in an action of debt of Seven pound eight Shillings in money due by bill with damages: . . . The Jury . . . found for the plaint. Seven pounds eight Shillings money & costs of Court Sixteen Shillings ten pence.

Execution issued 31$^o$ octob$^r$ 78.